UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Gregory L. Baker, DDS</u>**

    **v.**                                                  Civil No. 07-cv-377-JL

**<u>George R. Ramel and</u>**
**<u>Northwestern Mutual Life Ins. Co.</u>**


**<u>O R D E R</u>**

Although the undersigned judge has not recused himself, and does not intend to recuse himself, from all cases involving Attorney Kissinger or his firm, the requested recusal in this case is granted in deference to the concerns of the plaintiff and plaintiff's counsel. The clerk shall assign this case to another judge.

SO ORDERED.

                                                /s/Joseph N. Laplante
                                                Joseph N. Laplante
                                                United States District Judge


January 22, 2008

cc:   Lucy J. Karl, Esq.
      William C. Saturley, Esq.
      Andrew S. Winters, Esq.
      Byrne J. Decker, Esq.